United States Court of Appeals

For the First Circuit

No. 00-1247

SOUTHEX EXHIBITIONS, INC.,

Plaintiff, Appellant,

v.

RHODE ISLAND BUILDERS ASSOCIATION, INC.,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

[Hon. Ernest C. Torres, 
U.S. District Judge
]

Before

 Boudin, Stahl and Lynch,

Circuit Judges
.

Leland P. Schermer
, 
Gregg D. Orsag
 and 
 on brief for appellant.

James M. Sloan, III
 and 
 on brief for appellee.

March 2, 2000

Per Curiam
. 
 
Southex Exhibitions, Inc. ("Southex") appeals from the denial of a preliminary injunction, and it has requested an expedited decision. Neither party has requested oral argument, and we have concluded that it is not necessary. 
See
 1
st
 Cir. Loc. R. 34(b). We affirm.

Although it bore the burden to do so, Southex makes no developed argument in its brief on irreparable harm. Rather, it addresses the issue in a single sentence and brief footnote without developed argumentation or citation to the record. We have repeatedly stated that it is not enough merely to mention a possible argument in the most skeletal way, leaving the court to do counsel's work. 
See
, 
e.g.
, 
United States
 v. 
Zannino
, 895 F.2d 1, 17 (1
st
 Cir. 1990). The needed showing of irreparable harm has not been made.

Affirmed.